# United States District Court
# Western District of North Carolina
# Division

| Vincent Lashawn Bonds, | ) | JUDGMENT IN CASE |
| --- | --- | --- |
| | ) | |
| Petitioner(s), | ) | 3:14cv443 |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America | ) | |
| Respondent | ) | |

DECISION BY COURT. This action having come before the Court motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 19, 2015 Order.

May 19, 2015

*Frank S. Johns*